UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TANEA N. BAEZ

    Plaintiff,

v.                                              Case No. 8:21-cv-2376-KKM-AAS

AMADO'S SOLUTIONS, INC., and
AMADO D. CAMILO, individually,

    Defendants.
_____

## **ORDER**

The parties jointly move for court approval of their settlement agreement. (Doc. 22.) In this Motion, the parties ask the Court to review their settlement of Plaintiff's Fair Labor Standards Act claims. *See Lynn's Food Stores, Inc. v. United States Dep't of Labor*, 679 F.2d 1350, 1352–53 (11th Cir. 1982).[1] Having reviewed the Settlement Agreement, the Motion, and the record in this case, the Court finds that the Settlement Agreement is a fair and reasonable resolution of a bona fide dispute over provisions of the Fair Labor Standards Act. *See Bonetti v. Embarq Mgmt. Co.*, 715 F. Supp. 2d 1222, 1226–29 (M.D. Fla. 2009) (Presnell, J.).

---

[1] Baez originally brought this action on behalf of herself and "other similarly situated individuals." (Doc. 1 at 1.) But no other individuals have joined this collective action. Nor does the parties' Joint Motion purport to settle anyone other than Baez's claims. Therefore, the Court's approval extends to the settlement only of Baez's individual claims and no other plaintiffs who could have been—but were not—brought into this action.

Accordingly, the following is **ORDERED**:

1. The parties' Joint Motion for Settlement Approval (Doc. 22) is **GRANTED**.

2. The case is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to enter judgment in accord with the Settlement Agreement, to terminate any pending motions and deadlines, and to **CLOSE** this case.

**ORDERED** in Tampa, Florida, on January 18, 2022.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge